## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL
ALLIANCE;   PATRICA BREWER;
CAROLYN BRIGGS;   LYNNETTE
BROWN;   and MABLE BYNUM,
each on behalf of themselves and all
other similarly situated persons                                      PLAINTIFFS

v.                              No. 4:23-cv-471-DPM

JOHN THURSTON, in his official capacity
as the Secretary of State of Arkansas;
and SHARON BROOKS;   JAMES
HARMON SMITH, III;   BILENDA
HARRIS-RITTER;   WENDY BRANDON;
WILLIAM LUTHER;   and JAMIE
CLEMMER, each in their official capacities
as members of the Arkansas State Board of
Elections Commissioners                                             DEFENDANTS

### ORDER

Plaintiffs' request for a three-judge court, *Doc. 1 at 57*, is granted. 28 U.S.C. § 2284(a).   Chief Judge Lavenski R. Smith of the United States Court of Appeals for the Eighth Circuit has designated Circuit Judge David R. Stras and District Judge James M. Moody Jr. to serve with me as the district court.

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_13 June 2023_