IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTIAN MINISTERIAL ALLIANCE**, *et al.*, **PLAINTIFFS**,

v.   Case No. 4:23-cv-00471-DPM-DRS-JM (three-judge court)

**JOHN THURSTON**, *et al.*, **DEFENDANTS**.

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(1), (6), and for the reasons stated in Defendants' brief in support of Defendants' motion to dismiss, Defendants respectfully request that this Court dismiss Plaintiffs' Complaint with prejudice.

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-3661
(501) 682-2591 (fax)
Dylan.Jacobs@arkansasag.gov

*Counsel for Defendants*