IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL
ALLIANCE; PATRICA BREWER;
CAROLYN BRIGGS; LYNNETTE
BROWN; MABLE BYNUM; and
VELMA SMITH, each on behalf of
themselves and all other similarly
situated persons                                                                             PLAINTIFFS

v.                              No. 4:23-cv-471-DPM-DRS-JM

JOHN THURSTON, in his official capacity
as the Secretary of State of Arkansas                                        DEFENDANT

ORDER

Motion to dismiss, *Doc. 17*, denied without prejudice as moot based on the first amended complaint. Fed. R. Civ. P. 15(a)(1)(B); *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 August 2023