# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**THE CHRISTIAN MINISTERIAL**
**ALLIANCE;  PATRICA BREWER;**
**CAROLYN BRIGGS;  LYNNETTE**
**BROWN;  MABLE BYNUM;  and**
**VELMA SMITH, each on behalf of**
**themselves and all other similarly**
**situated persons**                                               **PLAINTIFFS**

**v.**                          **No. 4:23-cv-471-DPM-DRS-JM**

**JOHN THURSTON, in his official capacity**
**as the Secretary of State of Arkansas**              **DEFENDANT**

## ORDER

The Court will hold a hearing on Secretary Thurston's motion to dismiss the amended complaint at 9:00 a.m. on Monday, 4 December 2023 in Courtroom 2A.   Thirty minutes of argument per side.   The parties will be expected to explain how this case differs — or does not differ — from *Simpson v. Hutchinson*, Case No. 4:22-cv-213-JM-DRS-DPM (E.D. Ark.).   And they should come prepared to answer questions about any developments in the law since that case was dismissed.

So Ordered.

_____ DPMarshall Jr. _____
D.P. Marshall Jr.
United States District Judge

26 October 2023