IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL ALLIANCE
PATRICA BREWER, CAROLYN BRIGGS,
LYNETTE BROWN, MABLE BYNUM, and
Velma Smith, on behalf of themselves and all
other similarly situated persons,

      Plaintiffs,

  v.

JOHN THURSTON, in his official capacity
as the Secretary of State of Arkansas

      Defendant.

CIVIL ACTION

Case No. 4:23-cv-471-DPM-DRS-JM

**APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5(d) of the United States District Courts for the Eastern and Western Districts of Arkansas, John S. Cusick requests that he be admitted *pro hac vice* for the purpose of representing Plaintiffs, The Christian Ministerial Alliance, Patricia Brewer, Carolyn Briggs, Lynette Brown, and Mable Bynum in this action. In support of this application, John S. Cusick represents that:

1. He is assistant counsel at NAACP Legal Defense and Educational Fund, Inc., 40 Rector Street, 5th Floor, New York, NY 10017; Telephone: (212) 965-2200; Fax: (212) 226-7592; Email: jcusick@naacpldf.org.

2. He was admitted to the bar of the State of New York in 2018 and is a member in good standing of that bar.

3. He is authorized to practice in the United States District Courts for the Eastern and Southern Districts of New York.

1

4. Local counsel, who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, is:

>Arkie Byrd
>Arkansas Bar No. 80020
>MAYS, BYRD & ASSOCIATES, P.A.
>212 Center Street, Suite 700
>Little Rock, Arkansas 72201
>Tel: (501) 372-6303
>Fax: (501) 399-9280
>abyrd@maysbyrdlaw.com

Dated: November 27, 2023

Respectfully submitted.

Arkie Byrd
Arkansas Bar No. 80020
MAYS, BYRD & ASSOCIATES, P.A.
212 Center Street, Suite 700
Little Rock, Arkansas 72201
Tel: (501) 372-6303
Fax: (501) 399-9280
abyrd@maysbyrdlaw.com

*s/ John S. Cusick*
John S. Cusick
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
jcusick@naacpldf.org

Attorneys for Plaintiffs