IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

No. 4:23-cv-471

The Christian Ministerial Alliance, *et al.*

Plaintiffs,

v.

John Thurston

Defendant.

Before STRAS, Circuit Judge, MARSHALL, Chief District Judge, and MOODY, District Judge.

**ORDER**

PER CURIAM.

The motion to dismiss, *Doc. 23*, is denied. An explanatory Order will be filed in due course. The Court directs the parties to confer and propose a joint discovery plan by 5 January 2024.

IT IS SO ORDERED this 5th day of December, 2023.