IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE CHRISTIAN MINISTERIAL ALLIANCE, PATRICIA BREWER, CAROLYN BRIGGS, LYNETTE BROWN, MABLE BYNUM, and VELMA SMITH on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 4:23-cv-00471-DPM-DRS-JM<br><br>**THREE-JUDGE PANEL** |

## JOINT STATUS REPORT

Pursuant to this Court's Amended Final Scheduling Order (ECF No. 50), Plaintiffs The Christian Ministerial Alliance, Patricia Brewer, Carolyn Briggs, Lynnette Brown, Mable Bynum, and Velma Smith (collectively, "Plaintiffs") and Defendant John Thurston, in his official capacity as the Secretary of State of Arkansas, respectfully report on the status of this case as follows:

1. This matter is currently scheduled for a bench trial the week of March 24, 2025, and the parties anticipate that the trial will take eight to ten days.

2. Fact discovery is complete.

3. Expert discovery is scheduled to be completed by September 30, 2024.

4. The deadline for the parties to file dispositive and *Daubert* motions is October 14, 2024.

5. The parties have not engaged in any settlement discussions.

Dated: September 16, 2024.

Leah C. Aden*
John S. Cusick*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
New York, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org
jcusick@naacpldf.org

Michael Skocpol*
Joseph Wong*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
mskocpol@naacpldf.org
jwong@naacpldf.org

Respectfully Submitted,

*/s/ Chris A. Hollinger*
Chris A. Hollinger*
Daniel Bookin*
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel.: (415) 984-8786
chollinger@omm.com
dbookin@omm.com

Ashley Pavel*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Fl.
Newport Beach, California 92660
Tel.: (949) 823-7138
apavel@omm.com

Arkie Byrd, Arkansas Bar No. 80020
MAYS, BYRD & ASSOCIATES, P.A.
212 Center Street, Suite 700
Little Rock, AR 72201
Tel.: (501) 372-6303
Fax: (501) 399-9280
abyrd@maysbyrdlaw.com

* *Admitted Pro Hac Vice*

*Counsel for Plaintiffs The Christian Ministerial Alliance, Patricia Brewer, Carolyn Briggs, Lynette Brown, Mable Bynum, and Velma Smith*

Dated: September 16, 2024.

　

*/s/ Christine Cryer*
TIM GRIFFIN
　Arkansas Attorney General
NICHOLAS J. BRONNI (2016097)
　Solicitor General
DYLAN L. JACOBS (2016167)
　Deputy Solicitor General
CHRISTINE CRYER (2001082)
　Senior Assistant Attorney General
OFFICE OF THE ARKANSAS
　ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
(501) 682-2591 (fax)
Dylan.Jacobs@arkansasag.gov
Christine.Cryer@arkansasag.gov

*Counsel for Defendant John Thurston in his official capacity as the Secretary of State of Arkansas*

## **ATTESTATION**

 I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: September 16, 2024.      CHRIS A. HOLLINGER
               O'MELVENY & MYERS LLP

               */s/ Chris A. Hollinger*
               Chris A. Hollinger

               *Counsel for Plaintiffs The Christian Ministerial Alliance, Patricia Brewer, Carolyn Briggs, Lynette Brown, Mable Bynum, and Velma Smith*