IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE CHRISTIAN MINISTERIAL ALLIANCE, PATRICIA BREWER, CAROLYN BRIGGS, LYNETTE BROWN, MABLE BYNUM, and VELMA SMITH on behalf of themselves and all other similarly situated persons,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas,<br><br>　　　　　　Defendant. | CIVIL ACTION<br><br>Case No. 4:23-cv-00471-DPM-DRS-JM<br><br>**THREE-JUDGE PANEL** |

## **SECOND JOINT STATUS REPORT**[1]

Pursuant to this Court's Amended Final Scheduling Order (ECF No. 50), Plaintiffs The Christian Ministerial Alliance, Patricia Brewer, Carolyn Briggs, Lynnette Brown, Mable Bynum, and Velma Smith (collectively, "Plaintiffs") and Defendant John Thurston, in his official capacity as the Secretary of State of Arkansas, respectfully report on the status of this case as follows:

1. This matter is currently scheduled for a bench trial to commence on March 24, 2025, and the parties anticipate that the trial will take eight to ten days.

2. All discovery is complete.

3. No *Daubert* motions were filed regarding Plaintiffs' four designated experts and Defendant's one designated expert.

4. Defendant filed a motion for summary judgment on October 15, 2024.

---

[1] The parties filed their initial joint status report on September 16, 2024.

5. The deadline for Plaintiffs to file their response to Defendant's motion for summary judgment is November 12, 2024.[2] The deadline for Defendant to file his reply is November 18, 2024. The motion for summary judgment hearing is currently scheduled for December 2, 2024.

6. The deadline for the parties to exchange deposition designations is November 12, 2024.

7. The parties have not engaged in any settlement discussions.

---

[2] Under the Amended Final Scheduling Order, the stated deadline for Plaintiffs' response is November 11, 2024, which is a federal court holiday. The actual deadline is, thus, November 12, 2024.

Dated: October 21, 2024.

Leah C. Aden*
John S. Cusick*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
New York, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org
jcusick@naacpldf.org

Michael Skocpol*
Joseph Wong*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
mskocpol@naacpldf.org
jwong@naacpldf.org

Respectfully Submitted,

*/s/ Chris A. Hollinger*
Chris A. Hollinger*
Daniel Bookin*
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel.: (415) 984-8786
chollinger@omm.com
dbookin@omm.com

Ashley Pavel*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Fl.
Newport Beach, California 92660
Tel.: (949) 823-7138
apavel@omm.com

Arkie Byrd, Arkansas Bar No. 80020
MAYS, BYRD & ASSOCIATES, P.A.
212 Center Street, Suite 700
Little Rock, AR 72201
Tel.: (501) 372-6303
Fax: (501) 399-9280
abyrd@maysbyrdlaw.com

* *Admitted Pro Hac Vice*

*Counsel for Plaintiffs The Christian Ministerial Alliance, Patricia Brewer, Carolyn Briggs, Lynette Brown, Mable Bynum, and Velma Smith*

Dated: October 21, 2024.

*/s/ Christine Cryer*
TIM GRIFFIN
  Arkansas Attorney General
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
CHRISTINE CRYER (2001082)
  Senior Assistant Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
(501) 682-2591 (fax)
Dylan.Jacobs@arkansasag.gov
Christine.Cryer@arkansasag.gov

*Counsel for Defendant John Thurston in his official capacity as the Secretary of State of Arkansas*

## **ATTESTATION**

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: October 21, 2024.

CHRIS A. HOLLINGER
O'MELVENY & MYERS LLP

*/s/ Chris A. Hollinger*
Chris A. Hollinger

*Counsel for Plaintiffs The Christian Ministerial Alliance, Patricia Brewer, Carolyn Briggs, Lynette Brown, Mable Bynum, and Velma Smith*