# Jake Kornegay

**From:** Speers, Tyler H. <tspeers@omm.com>
**Sent:** Friday, November 22, 2024 12:20 PM
**To:** AREDdb_clerksoffice; Barbera, Gino
**Subject:** RE: error in ECF submission; 23cv471
**Attachments:** Exhibit C.pdf

**CAUTION - EXTERNAL:**

Thank you so much. Attached please find the corrected Exhibit C for the following docket entry in Case No. 23cv471:

> 62   RESPONSE to Motion re [58] MOTION for Summary Judgment filed by Velma Smith, Carolyn Briggs, Lynette Brown, Christian Ministerial Alliance, Mable Bynum, F Exhibit - D, # (5) Exhibit - E, # (6) Exhibit - F, # (7) Exhibit - G, # (8) Exhibit - H, # (9) Exhibit - I, # (10) Exhibit -J, # (11) Exhibit - K, # (12) Exhibit - L, # (13) Exhibit - M, 11/12/2024) SHOW LESS

We arranged for chamber copies of the original filing. Should we arrange for copies of this corrected exhibit to be delivered to chambers?

Please let me know if you need anything additional from us.

Thank you,
Tyler

Tyler H. Speers
O: +1-202-383-5356
tspeers@omm.com