IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

No. 4:23-cv-471

Christian Ministerial Alliance; Patricia Brewer; Carolyn Briggs; Lynette Brown; Mable Bynum; Velma Smith
Plaintiffs,

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas

Defendant.

### Judgment

Plaintiffs' claims are dismissed with prejudice this 6th day of June, 2025.

_____
David R. Stras
Circuit Judge

_____
D.P. Marshall Jr.
District Judge

_____
James M. Moody Jr.
District Judge